# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**WILLIAM DEWAYNE GRANT,**

        **Petitioner,**

**v.**                                                          **CIVIL NO. 04-3186-RDR**

**UNITED STATES BUREAU OF
PRISONS, et al.,**

        **Respondents.**

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X )    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is

denied.

Entered on the docket 08/11/05

**Dated: August 11, 2005**                        **RALPH L. DeLOACH, CLERK**

                                                                         **s/S. Nielsen-Davis**
                                                                          **Deputy Clerk**